UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WHITE, | No. 09-3236 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. | |

The petition for a writ of habeas corpus under is dismissed without prejudice to petitioner filing a new petition after exhausting the BOP's administrative appeals process.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 5, 2010

SUSAN ILLSTON
United States District Judge