UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WHITE, | No. 09-3236 SI (pr) |
| Petitioner, | **ORDER DENYING RECONSIDERATION REQUEST** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. | |

Shannon White, a prisoner at the satellite prison camp of FCI-Dublin, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging the execution of her sentence. The court dismissed it without prejudice to her filing a new action after exhausting Bureau of Prisons administrative remedies. The court rejected her argument that the exhaustion requirement should be waived because it would be a futile endeavor. She now moves for a rehearing, and in support of that motion presents statements from other inmates who heard the same statements she heard that made her feel that the administrative appeal process would be futile. The motion for rehearing is DENIED. (Docket # 8.) The court did not reject her argument in her original petition because the court thought she wasn't truthful in reciting what she heard, but instead because what she reportedly heard (i.e., a statement by a prison administrator at a town hall that the requests would be rejected) did not establish that pursuit of administrative appeals would be an exercise in futility.

IT IS SO ORDERED.

DATED: May 3, 2010

_____
SUSAN ILLSTON
United States District Judge