**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WHITE, | No. 09-3236 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. | |

Petitioner's motion for an extension of time to pay the $5.00 filing fee in this action is GRANTED. (Docket # 9.) Petitioner must pay the fee no later than **thirty days** from the date of this order.

IT IS SO ORDERED.

DATED: November 12, 2010

SUSAN ILLSTON
United States District Judge